UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

RICHARD M. SCRUGGS,

    Plaintiff

vs.                                                     CIVIL ACTION NO.
                                                         04-30150-MAP

LOCAL 455, INTERNATIONAL BROTHERHOOD OF
  ELECTRICAL WORKERS, AFL-CIO,

    Defendant

## NOTICE OF APPEARANCE

Please enter my appearance as the attorney for the Defendant, Local 455, International Brotherhood of Electrical Workers, AFL-CIO.

September 1, 2004          James O. Hall, Esquire
                                        403 Highland Avenue
                                        Somerville, Massachusetts 02144
                                        617/625-0708
                                        BBO #217560

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document on the Plaintiff Richard M. Scruggs (appearing pro se) by first class mail, postage prepaid at the address given on his Complaint and Summons: 123 Mayfair Avenue, Springfield, MA 01104.

September 1, 2004          James O. Hall, Esquire