UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION



RICHARD M. SCRUGGS,

    Plaintiff

vs.

LOCAL 455, INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, AFL-CIO,

    Defendant

CIVIL ACTION NO.
04-30150-MAP

DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Pursuant to the Federal Rules of Civil Procedure 12(b)(6), Defendant Local 455, International Brotherhood of Electrical Workers, AFL-CIO hereby moves to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted. For the reasons set forth in the accompanying "Defendant's Brief In Support Of Its Motion To Dismiss The Complaint," the Plaintiff has clearly not brought his action within the time limits allowed by law.

WHEREFORE, the Defendant respectfully requests that Plaintiff's Complaint be dismissed.

September 1, 2004

Respectfully submitted,
Defendant Local 455, by its attorney,

James O. Hall, Esquire
403 Highland Avenue
Somerville, Massachusetts 02144
617/625-0708
BBO #217560

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document on the Plaintiff Richard M. Scruggs (appearing pro se) by first class mail, postage prepaid at the address given on his Complaint and Summons: 123 Mayfair Avenue, Springfield, MA 01104.

September 1, 2004

*James O. Hall*

James O. Hall, Esquire