

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

RICHARD M. SCRUGGS

    Plaintiff

vs.                               CIVIL ACTION NO.
                                   04-30150-MAP

LOCAL 455, INTERNATIONAL BROTHERHOOD OF
  ELECTRICAL WORKERS, AFL-CIO

    Defendant

PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS

      Pursuant to Federal Law Section 301, I Richard M. Scruggs Opposes The Motion To Dismiss. The Defendant is fully aware of the relief I seek, which is full reinstatement with back pay of my job at Holyoke Water Power. For the reasons I have stated in the accompanying brief to support my Opposition To The Defendant's Motion To Dismiss, I have clearly brought my claim within the time limit allowed by law.

      WHEREFORE, I the Plaintiff respectfully request that the Defendant's Motion To Dismiss The Complaint be denied.

                                              The Plaintiff,
                                              Pro see

September 15, 2004                   Richard M. Scruggs
                                              123 Mayfair Avenue
                                              Springfield, MA 01104

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day served a copy of the foregoing document on the Defendant Local 455, International Brotherhood Of Electrical Workers, AFL-CIO by first class mail, postage prepaid at the address given on their Motion To Dismiss: James O. Hall, Esquire, 403 Highland Avenue, Somerville, MA 02144

September 15, 2004                                  Richard M. Scruggs

*/s/ Richard M Scruggs*
9/15/04