UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION



RICHARD M. SCRUGGS

    Plaintiff

vs.           CIVIL ACTION NO.
                04-30150-MAP

LOC2L 455, INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, AFL-CIO

    Defendant

PLAINTIFF'S OPPOSITION TO THE REPORT ALLOWING
DISMISSAL OF MY COMPLAINT

    Local 455 has confused the issue and concealed the truth. The paperwork submitted by Local 455, was not generated from Breach Of The Collective Agreement Complaint; their paper work was from the arbitration which is not before the court. There was never any action by Local 455 on the Breach Of The Collective Agreement, no grievance or arbitration, they have failed and refused to take action. My accompanying brief will support how and when I became aware of this breach what action was taken and I have met the six-month limitations (182.5 business days). I appreciate the Court's time and understanding in this matter.

    WHEREFORE, I the Plaintiff respectful request that Court would Sustain My Objection Of The Report Allowing The Dismissal Of My Complaint.

                    The Plaintiff,
                    Pro see


November 17, 2004            Richard M. Scruggs
                                       123 Mayfair Avenue
                                       Springfield, MA 01104


## CERTIFICATE OF SERVICE

      I hereby certify that I have this day served a copy of the foregoing document on the Defendant Local 455, International Brotherhood Of Electrical Workers, AFL-CIO by first class mail, postage prepaid at the address given on their Motion To Dismiss: James O. Hall, Esquire, 403 Highland Avenue, Somerville, MA 02144.


November 17, 2004                               Richard M. Scruggs