UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION



RICHARD M. SCRUGGS,
    Plaintiff

vs.

LOCAL 455, INTERNATIONAL BROTHERHOOD OF
    ELECTRICAL WORKERS, AFL-CIO,
    Defendant

CIVIL ACTION NO.
04-30150-MAP

DEFENDANT'S RESPONSE TO
"PLAINTIFF'S OPPOSITION TO THE REPORT ALLOWING DISMISSAL
OF MY COMPLAINT"

Pursuant to Rule 3(c) of the "Rules for United States Magistrate Judges in the United States District Court for the District of Massachusetts," Defendant Local 455, International Brotherhood of Electrical Workers, AFL-CIO submits this response and opposition to "Plaintiff's Opposition To The Report Allowing Dismissal Of My Complaint."

Local 455 respectfully requests the Court to accept and affirm Magistrate Judge Neiman's "Report and Recommendation With Regard To Defendant's Motion To Dismiss" for the reasons set forth in that Report and in "Defendant's Brief In Support Of Its Motion To Dismiss The Complaint."

                Respectfully submitted,
                Defendant Local 455, by its attorney,

November 26, 2004

                James O. Hall, Esquire
                403 Highland Avenue
                Somerville, Massachusetts 02144
                617/625-0708
                BBO #217560

CERTIFICATE OF SERVICE

    I hereby certify that I have this day served a copy of the foregoing document on the Plaintiff Richard M. Scruggs (appearing pro se) by first class mail, postage prepaid at the address given on his Court papers: 123 Mayfair Avenue, Springfield, MA 01104.

November 26, 2004

                                            James O. Hall, Esquire