UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


RICHARD M. SCRUGGS,              )
          Plaintiff              )
                                 )
                    v.           )CIVIL ACTION NO. 04-30150-MAP
                                 )
LOCAL 455, INTERNATIONAL         )
BROTHERHOOD OF ELECTRICAL        )
WORKERS, AFL-CIO,                )
          Defendant              )


MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION
WITH REGARD TO DEFENDANT'S MOTION TO DISMISS
(Docket No. 3 & No. 8)

December 28, 2004

PONSOR, D.J.

     Plaintiff has brought this action against the defendant

union, Local 455, alleging a failure to fairly represent

him.  The union filed a Motion to Dismiss, which was

referred to Magistrate Judge Kenneth P. Neiman for report

and recommendation.

     On November 4, 2004, Magistrate Judge Neiman issued his

recommendation, to the effect that the motion to dismiss

should be allowed on the ground that the lawsuit violates

the six-month statute of limitations set forth in the

Supreme Court's decision in DelCostello v. Int'l. Bhd. of

Teamsters, 462 U.S. 151, 169-70 (1983).

     Having now had an opportunity to review the plaintiff's

objections to the Report and Recommendation, the court finds that it must adopt the Report and Recommendation and allow the defendant's motion to dismiss based on the clear violation of <u>DelCostello</u>'s six-month rule.  Prior to reaching this decision, the court has reviewed carefully the plaintiff's objections, including the time-line set forth by him.  Unfortunately, it is simply impossible to avoid the conclusion that this lawsuit was filed more than six months after the issuance of the unfavorable arbitration award on January 14, 2003.  It would be false generosity to the plaintiff to require him to expend additional energy on a claim which contains a fatal flaw.  As disappointing as this ruling must be to him, the court has no alternative but to allow the defendant's motion to dismiss.

For the foregoing reasons, the Report and Recommendation of Magistrate Judge Kenneth P. Neiman dated November 4, 2004 is hereby adopted.  The Motion to Dismiss (Docket No. 3) is hereby ALLOWED.  This case may now be closed.

It is So Ordered.


/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge