# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

RICHARD M. SCRUGGS,

   Plaintiff(s)

           v.                     CIVIL ACTION NO. 3: 04-30150-MAP

LOCAL 455, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL
WORKERS, AFL-CIO,

   Defendant(s)

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Local 455, International Brotherhood of Electrical Workers, AFL-CIO, against the plaintiff Richard Scroggs, pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.

                                                         TONY ANASTAS,
                                                         CLERK OF COURT

Dated:  December 28, 2004                   By  /s/ *Maurice G. Lindsay*
                                                           Maurice G. Lindsay
                                                           Deputy Clerk