# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-30150

Richard M. Scruggs

v.

Local 455, International Brotherhood of Electrical Worker, AFL-CIO

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/3/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 8, 2005.

Tony Anastas, Clerk of Court

By: /s/ Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/8/05.

/s/ Barchard

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Springfield)
### CIVIL DOCKET FOR CASE #: 3:04-cv-30150-MAP

Scruggs v. International Brotherhood of Electrical Workers, Local 455
Assigned to: Judge Michael A Ponsor
Referred to: Magistrate Judge Kenneth P. Neiman
Cause: 29:184 Violation Collection Bargain Agreement

Date Filed: 08/13/2004
Jury Demand: None
Nature of Suit: 790 Labor: Other
Jurisdiction: Federal Question

**Plaintiff**

**Richard M. Scruggs**         represented by   **Richard M. Scruggs**
123 Mayfair Avenue
Springfield,, MA 01104
413-732-8378
PRO SE

V.

**Defendant**

**International Brotherhood of Electrical Workers, Local 455**   represented by   **James O. Hall**
403 Highland Avenue
Somerville, MA 02144
617-625-0708
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number |

| | | |
|---|---|---|
| | | 305695, filed by Richard M. Scruggs. L.R. 4.1, CF/Pltf(Stuckenbruck, John) (Entered: 08/13/2004) |
| 08/13/2004 | | Summons Issued as to International Brotherhood of Electrical Workers, Local 455. (Stuckenbruck, John) (Entered: 08/13/2004) |
| 09/02/2004 | 2 | NOTICE of Appearance by James O. Hall on behalf of International Brotherhood of Electrical Workers, Local 455 (Lindsay, Maurice) (Entered: 09/02/2004) |
| 09/02/2004 | 3 | Dft's MOTION to Dismiss the Complaint by International Brotherhood of Electrical Workers, Local 455.(Lindsay, Maurice) (Entered: 09/02/2004) |
| 09/02/2004 | 4 | Dft's BRIEF in Support of its 3 MOTION to Dismiss the Complaint filed by International Brotherhood of Electrical Workers, Local 455. (Lindsay, Maurice) (Entered: 09/02/2004) |
| 09/15/2004 | 5 | Ptf's Opposition to Dft's 3 MOTION to Dismiss filed by Richard M. Scruggs. (Lindsay, Maurice) (Entered: 09/15/2004) |
| 09/15/2004 | 6 | Ptf's BRIEF in Support of his 5 Opposition to Dft's 3 MOTION to Dismiss filed by Richard M. Scruggs. (Lindsay, Maurice) (Entered: 09/15/2004) |
| 10/26/2004 | 7 | Judge Michael A Ponsor : ORDER entered REFERRING MOTION 3 MOTION to Dismiss filed by International Brotherhood of Electrical Workers, Local 455 to Magistrate Judge Kenneth P. Neiman (French, Elizabeth) (Entered: 10/26/2004) |
| 11/04/2004 | 8 | Judge Kenneth P. Neiman : REPORT AND RECOMMENDATIONS re the Deft's 3 MOTION to Dismiss filed by International Brotherhood of Electrical Workers, Local 455. Recommendation: The Court recommends that the Deft's motion to dismiss - 3 be ALLOWED; cc/cl. Objections to R&R due by 11/26/2004(Finn, Mary) (Entered: 11/04/2004) |




| | | |
|---|---|---|
| 11/18/2004 | 9 | Ptf's OPPOSITION to 8 REPORT AND RECOMMENDATIONS by Richard M. Scruggs (Lindsay, Maurice) (Entered: 11/18/2004) |
| 11/18/2004 | 10 | Ptf's OBJECTION to 8 Report and Recommendations filed by Richard M. Scruggs. (Lindsay, Maurice) (Entered: 11/18/2004) |
| 11/29/2004 | 11 | Dft's Response to Ptf's Opposition to the report allowing dismissal of my complaint by International Brotherhood of Electrical Workers, Local 455. (Lindsay, Maurice) (Entered: 11/29/2004) |
| 12/28/2004 | 12 | Judge Michael A Ponsor : MEMORANDUM AND ORDER entered adopting 8 Report and Recommendations and granting Dft's 3 Motion to Dismiss. See attached memo & order for complete details. cc/cl (Lindsay, Maurice) (Entered: 12/28/2004) |
| 12/28/2004 | 13 | Judge Michael A Ponsor : ORDER entered JUDGMENT in favor of Defendant Local 455, International Brotherhood of Electrical Workers, AFL-CIO, against Plaintiff Richard M. Scruggs. cc/cl (Lindsay, Maurice) (Entered: 12/28/2004) |
| 12/28/2004 | | Civil Case Terminated. (Lindsay, Maurice) (Entered: 12/28/2004) |
| 02/03/2005 | 14 | Pltf's NOTICE OF APPEAL as to 12 Memorandum and Order on the Deft's Motion to Dismiss, 13 Judgment of Dismissal by Richard M. Scruggs filed. Filing fee of $255.00 paid. Receipt number 305840. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/23/2005. (Finn, Mary) (Entered: 02/03/2005) |

| 02/03/2005 | ◉ | Original file and docket sheet forwarded to the Appeals Clerk. (Finn, Mary) (Entered: 02/03/2005) |