MANDATE

# United States Court of Appeals
## For the First Circuit

04-30150
USDC MA
Ponsor, J

No. 05-1196

RICHARD M. SCRUGGS,

Plaintiff, Appellant,

v.

LOCAL 455, INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, AFL-CIO,

Defendant, Appellee.

Before

Torruella, Lipez and Howard,
<u>Circuit Judges</u>.

JUDGMENT

Entered: April 1, 2005

We have considered the appellant's response to our order to show cause, dated February 9, 2005. For reasons stated therein, we do not have jurisdiction to consider this untimely appeal. Nor do we have authority to grant appellant's request to file a late appeal. <u>See</u> Fed. R. App. P. 26(b)(1).

<u>The appeal is dismissed for lack of jurisdiction</u>.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/25/05

cc:     Richard M. Scruggs
        James O. Hall, Esq.